Rel: November 8, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2023-0633

Rachel Turner, as administratrix of the Estate of Martha Jones White, deceased v. John McFarland (Appeal from Lee Circuit Court: CV-21-900151).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.